UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY RAMOS,<br><br>                    Plaintiff,<br><br>        v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>                    Defendants. | Case No.  1:21-cv-00074-AWI-EPG<br><br>ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 17) |

Having considered the parties' stipulation requesting to modify the Scheduling Order (ECF No. 17), and to accommodate the Court's calendar, IT IS HEREBY ORDERED that the Scheduling Order (ECF No. 9) is modified as follows:

| Event | Deadline/Date |
|---|---|
| Nonexpert Discovery Cutoff: | May 3, 2022 |
| Expert Disclosure: | June 3, 2022 |
| Rebuttal Expert Disclosure: | July 6, 2022 |
| Expert Discovery Cutoff: | August 4, 2022 |
| Dispositive Motion Deadline: | September 19, 2022 |

| | |
|---|---|
| Pretrial Conference | Date: January 18, 2023<br>Time: 10:00 AM<br>Dept: 2 (AWI) |
| **Jury Trial (5-7 day estimate):** | Date: March 21, 2023<br>Time: 8:30 AM<br>Dept: 2 (AWI) |

All other terms and conditions of the Scheduling Order (ECF No. 9) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 21, 2021**              /s/ *Erica P. Grosjean*
                                                        UNITED STATES MAGISTRATE JUDGE