UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY RAMOS,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>    Defendants. | Case No.   1:21-cv-00074-AWI-EPG<br><br>ORDER REQUIRING BRIEFING<br><br>(ECF No. 28) |

At a settlement conference on March 29, 2022, the parties reached a settlement of material terms in this action, with final terms to be reduced to writing following the settlement conference. (ECF Nos. 21-22). Thereafter, the parties reported that they were unable to resolve certain terms of their settlement agreement. (ECF No. 26). The Court held a status conference on July 19, 2022, thereafter, directing each party to file a document indicating whether they consent or decline to consent to the undersigned making a binding determination regarding the scope and wording of any confidentiality provision, or lack thereof, in the parties' settlement agreement. (ECF No. 28). Both parties have since consented in writing to the undersigned making a binding determination on this issue. (ECF Nos. 31, 34).

\\\

\\\

\\\

\\\

1

Accordingly, IT IS ORDERED as follows:

1. By no later than August 19, 2022, each party shall email to epgorders@caed.uscourts.gov (with opposing counsel copied) a brief not longer than three pages containing their position regarding the dispute. This brief shall not be filed on the record given that it may contain confidential settlement information.

2. Additionally, each party shall attach the proposed settlement agreement to their brief featuring the party's redlined edits of how the party believes the settlement agreement should read as to the disputed portion of the settlement agreement.

IT IS SO ORDERED.

Dated:   **August 3, 2022**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE