# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY RAMOS,<br><br>        Plaintiff,<br><br>   v.<br><br>WAL-MART ASSOCIATES, INC., *et al.*,<br><br>        Defendants. | Case No. 1:21-cv-00074-AWI-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF LAWSUIT<br><br>(ECF No. 37). |

On October 4, 2022, the parties filed a joint stipulation for dismissal with prejudice with each party to bear its own attorneys' fees and costs. (ECF No. 37). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated: **October 5, 2022**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1